lmv

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IDALIA SANCHEZ | * |
| VS | * C.A. NO. B98 165 |
| UNITED STATES OF AMERICA | * |

## ORDER SETTING HEARING ON MOTION FOR SUBSTITUTION OF COUNSEL

A hearing on the Motion for Substitution of Counsel in above-captioned and numbered cause of action is hereby set for Tuesday, February 23, 1999, at 10:00 a.m.

DONE at Brownsville, Texas, this 8th day of February, 1999.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570