9

CAUSE NO.: B-98-165

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| IDALIA SANCHEZ | * | IN THE UNITED STATES |
| | * | |
| VS. | * | DISTRICT COURT |
| | * | |
| UNITED STATES OF AMERICA | * | SOUTHERN DISTRICT OF TEXAS |

## ORDER GRANTING
## MOTION FOR SUBSTITUTION OF COUNSEL

On this the 23 day of ~~December, 1998~~ FEB 1999 came before the Court Plaintiff's Motion

For Substitution of Counsel and after having considered the pleadings, findings that a

hearing should be GRANTED;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's

Motion For Subsitution of Counsel be GRANTED and that Ms. Veronica Farias Ewin

substitution as counsel for Mr. Richard Hoffman on behalf of Plaintiff IDALIA

SANCHEZ;

SIGNED FOR ENTRY ON THIS the 23 day of ~~January~~ FEB, 1999.

~~PRESIDING JUDGE~~