*11*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

IDALIA SANCHEZ

VS.

UNITED STATES
OF AMERICA

§
§
§
§
§

CIVIL ACTION NO. B- -98-165

United States District Court
Southern District of Texas
ENTERED
MAR 0 4 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| VERONICA FARIAS ERWIN | π Idalia Sanchez | 2/27/99 |
| NANCY L. MASSO | Δ - U.S.A. | 2/23/99 |

## ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

2/23/99
Date

Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

IDALIA SANCHEZ           *

VS                       *       C.A. NO.   B-98-165   (FBV)

UNITED STATES OF AMERICA *

10

United States District Court
Southern District of Texas
FILED

FEB 23 1999

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

MAR 04 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **July 23, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **July 9, 1999**. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (1.) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **August 6, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **August 12, 1999 @ 2:00 P.M.**

(5) Trial on the merits is set for **August 19, 1999 @ /** 9:00 A.M., ~~docket week~~.

DONE at Brownsville, Texas, on **February 23, 1999**.

　　　　　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge