UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IDALIA SANCHEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-98-~~024~~ -165 |
| | * | |
| UNITED STATES OF AMERICA | * | |

### ORDER CONTINUING TRIAL

On its own motion, this Court ordered that the August 19, 1999, trial in this cause be continued. In addition, the Court instructed the parties herein to submit proposed dates for trial. The parties have advised that they have agreed to try this case on September 22, 1999.

IT IS THEREFORE ORDERED that the trial scheduled for August 19, 1999 at 9:00 a.m. be continued to September 22, 1999 at 9:00 a.m. The parties are further ORDERED to submit a Joint Final Pre-Trial Order no later than September 17, 1999.

SIGNED on this the 25 day of AUGUST, 1999, in Brownsville, Texas.

JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE

[Stamp: United States District Court, Southern District of Texas, ENTERED AUG 26 1999, Michael N. Milby, Clerk of Court, By Deputy Clerk]