14

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IDALIA SANCHEZ * | |
| PLAINTIFF * | |
| * | |
| VS * | CIVIL ACTION B-98-165 |
| * | |
| UNITED STATES OF AMERICA * | |
| DEFENDANT * | |

## ORDER GRANTING MOTION FOR CONTINUANCE

ON THIS the 22 day of September, 1999, came to be considered the Motion For Continuance in the styled and numbered cause of action.

The Court, after considering said motion, and it appearing to the Court that said Motion should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Motion For Continuance be GRANTED and trial to be re-set for the 25th of October, 1999 at 9:00 a.m.

SIGNED FOR ENTRY on this the 22 day September, 1999.

_____
PRESIDING JUDGE