*16*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IDALIA SANCHEZ | § |
| | § |
| VS. | §   CIVIL ACTION NO. B-98-165 |
| | § |
| UNITED STATES OF AMERICA | § |

TYPE OF CASE:         __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                           DATE AND TIME:

**JANUARY 25, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 25, 1999

TO:     MR. RICHARD HOFFMAN
        MS. VERONICA FARIAS ERWIN
        MS. NANCY MASSO