UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IDALIA SANCHEZ | * |
| | * |
| vs. | *   CIVIL ACTION No. B-98-165 |
| | * |
| UNITED STATES OF AMERICA | * |

### ORDER SETTING HEARING

On today's date it came to this Court considered the Defendant's request for a hearing requiring the Plaintiff to show cause for her refusal to execute settlement documents prepared in the referenced lawsuit. Defendant's motion also seeks attorney's fees and costs associated with the preparation and argument of the motion.

Having reviewed same, this Court hereby orders that all parties and counsel appear for hearing on _19 Nov_, 1999, at _2:00_ am/pm before this Court which is located at United States Federal Courthouse, 600 East Harrison, 2nd floor, Brownsville, Texas.

The Plaintiff is required to show cause why she now refuses to execute settlement documents in this case and should also be prepared to show cause why she should not be required to pay reasonable attorney's fees to the Defendant for time and costs associated with this motion and hearing.

Signed this _5_ day of _Nov_, 1999.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE
28 U.S.C. 636(c)