21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



United States District Court
Southern District of Texas
ENTERED

DEC 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

| | | |
|---|---|---|
| IDALIA SANCHEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-165 |
| | § | |
| UNITED STATES OF AMERICA | § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**TRIAL**

**(THERE WILL BE NO FURTHER CONTINUANCES GRANTED AND IF TRIAL DOES NOT GO FORWARD THIS CASE WILL BE DISMISSED FOR WANT OF PROSECUTION)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 17, 1999 AT 9:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    DECEMBER 6, 1999

TO:    MR. RICHARD HOFFMAN
       MS. VERONICA FARIAS ERWIN
       MS. NANCY MASSO